IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-cv-278-RJC-DSC

DAVID D. RITCHIE, )
)
        Plaintiff, )
)
v. )
)
UNITED STATES OF AMERICA, )
)
        Defendant. )
)
_____)

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission(s) to Practice Pro Hac Vice [for Bryan M. Haynes]" (document #3) filed May 2, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

        Signed: May 3, 2012

        David S. Cayer
        United States Magistrate Judge